(8 Misc. Rep. 309.)

### McBRATNEY v. HEYDECKER.

(Common Pleas of New York City and County, General Term. May 17, 1894.)

PRINCIPAL AND AGENT—PERSONAL LIABILITY OF AGENT ON CONTRACT.

A promise by the agent of a lessor to pay the lessee a certain sum if he would surrender the premises, and move out, before the expiration of his lease, is enforceable against the agent, personally.

Appeal from first district court.

Action by Robert McBratney against William C. Heydecker for breach of contract. There was a judgment in favor of plaintiff, and defendant appeals. Affirmed.

Argued before BOOKSTAVER, BISCHOFF, and PRIOR, JJ.

Welch & Daniels, for appellant.

Henry B. Kinghorn, for respondent.

PER CURIAM.   This action was brought for a breach of contract. The evidence seems to be uncontradicted that the contract to pay the sum of $30 was made directly between the plaintiff and the son of the lessee, who was also her agent.   He had a right to make a personal contract of the nature under consideration, and would be bound by its terms, if it was performed.   There may be some question as to whether or not, at one time, the respondent intended to fulfill; but the fact appears without contradiction that he did thereafter, and within the time limited by the contract, fulfill all its terms.   Hence, there could be no rescission of it, as argued by the appellant; and he became entitled to the money which was promised by appellant; and therefore the judgment should be affirmed, with costs.